**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Floyd Junior POWELL, a/k/a Dick,
Defendant–Appellant.**

No. 10–6631.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 7, 2010.

Decided: June 23, 2010.

Floyd Junior Powell, Appellant Pro Se. Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Before NIEMEYER, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Floyd Junior Powell appeals the district court's order denying his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Powell,* No. 5:99–cr–00012–RLV–6 (W.D.N.C. April 16, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*